Charles C. Sipos, Bar No. 348801
charles.sipos@ashurstperkins.com
ASHURST PERKINS COIE US LLP
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000

Natalie K. Sanders, Bar No. 329916
natalie.sanders@ashurstperkins.com
ASHURST PERKINS COIE US LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067-6022
Telephone: +1.310.788.9900
Facsimile: +1.310.788.3399

Attorneys for Defendant
Garza Food Ventures LLC
d/b/a Siete Family Foods

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNA BAYER and JOSHUA MOKELU, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GARZA FOOD VENTURES, LLC d/b/a SIETE FAMILY FOODS,<br><br>Defendant. | Case No. 3:26-cv-08455-TLT<br><br>NOTICE OF STIPULATION TO EXTEND TIME FOR DEFENDANT GARZA FOOD VENTURES, LLC D/B/A SIETE FAMILY FOODS TO RESPOND TO COMPLAINT [L.R. 6-1 (A)] |

Pursuant to Civil Local Rule 6-1(a), Plaintiffs Joanna Bayer and Joshua Makelu ("Plaintiffs") and Defendant Garza Food Ventures, LLC d/b/a Siete Family Foods ("Siete") (collectively, the "Parties"), by and through their respective attorneys of records, stipulate and agree as follows:

1. Plaintiffs filed their Complaint on August 14, 2026;
2. Siete was served with the Complaint on August 26, 2026;
3. Under Federal Rule of Civil Procedure 12(a)(1)(A)(i), Siete's deadline to respond to the Complaint is September 16, 2026;
4. The Parties have met and conferred and agree to extend Siete's deadline to respond to the Complaint by 30-days, from September 16, 2026, to October 16, 2026, pursuant to Civil L.R. 6-1(a).
5. The change in Siete's response deadline will not alter the date of any event or deadline already fixed by Court order.
6. Accordingly, the Parties stipulate that Siete's deadline to respond to the Complaint is extended from September 16, 2026, to October 16, 2026.

**IT IS SO STIPULATED AND AGREED.**

Dated: September 14, 2026

**ASHURST PERKINS COIE US LLP**

By: */s/ Charles C. Sipos*
Charles C. Sipos, Bar No. 348801
Natalie K. Sanders, Bar No. 329916

Attorneys for Defendant
Garza Food Ventures LLC
d/b/a Siete Family Foods

Dated: September 14, 2026

**BURSOR & FISHER, P.A.**

By: */s/ Neal J. Deckant*
Neal J. Deckant, Bar No. 322946
Ines Diaz Villafana, Bar No. 354099
Kare B. Valenzuela, Bar No. 357231

Attorneys for Plaintiffs
Joanna Bayer and Joshua Mokelu

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Charles C. Sipos, hereby attest that I have obtained the concurrence in the filing of this document from each signatory hereto.

DATED: September 14, 2026

By: */s/ Charles C. Sipos*
Charles C. Sipos