Charles C. Sipos, Bar No. 348801
charles.sipos@ashurstperkins.com
ASHURST PERKINS COIE US LLP
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000

Natalie K. Sanders, Bar No. 329916
natalie.sanders@ashurstperkins.com
ASHURST PERKINS COIE US LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067-6022
Telephone: +1.310.788.9900
Facsimile: +1.310.788.3399

Attorneys for Defendant
Garza Family Food Ventures, LLC
d/b/a Siete Family Foods

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNA BAYER and JOSHUA MOKELU, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GARZA FAMILY FOOD VENTURES, LLC d/b/a SIETE FAMILY FOODS,<br><br>Defendant. | Case No. 3:26-cv-08455-TLT<br><br>DEFENDANT GARZA FAMILY FOOD VENTURES, LLC'S RESPONSE TO PLAINTIFFS JOANNA BAYER AND JOSHUA MOKELU'S MOTION TO APPOINT INTERIM CLASS COUNSEL<br><br>Judge: Trina L. Thompson |

Defendant Garza Family Food Ventures, LLC d/b/a Siete Family Foods ("Siete") respectfully submits this response to the Motion to Appoint Interim Class Counsel filed by Plaintiffs Joanna Bayer and Joshua Mokelu ("Plaintiffs"). Siete takes no position at this time on whether interim class counsel should be appointed or on the qualifications or suitability of any proposed counsel.

In addition to the two actions mentioned in the Motion (at 3), there are three other lawsuits involving nearly identical allegations and legal theories.[1] Siete is evaluating its options for the orderly coordination of those cases with this action.

Siete vigorously disputes the factual and legal bases of this action. Siete likewise, through its non-opposition, does not intend to express agreement with the plausibility of the allegations in the complaint or otherwise waive any defense. Nor does Siete agree that any process-based expediting of this action is required merely because this Motion has been filed. Siete reserves all rights to oppose class certification or class treatment at the appropriate stage of the litigation.

Dated: September 30, 2026

**ASHURST PERKINS COIE US LLP**

By: */s/ Charles C. Sipos*
Charles C. Sipos, Bar No. 348801
Natalie K. Sanders, Bar No. 329916

Attorneys for Defendant
Garza Family Food Ventures, LLC
d/b/a Siete Family Foods

[1] (1) *Bachman v. Garza Food Ventures, LLC*, Case No. CGC26640067 (S.F. Super. Ct.); (2) *Jung v. Garza Food Ventures, LLC*, Case No. 3:26-cv-02179 (M.D. Fla.); (3) *Golden v. PepsiCo, Inc.*, Case No. 7:26-cv-07389 (S.D.N.Y.); (4) *Brand v. Garza Food Ventures, LLC*, Case No. 1:26-cv-02578 (W.D. Tex.); and (5) *Floro v. Garza Food Ventures, LLC*, Case No. 7:26-cv-08115 (S.D.N.Y.).