Charles C. Sipos, Bar No. 348801
charles.sipos@ashurstperkins.com
ASHURST PERKINS COIE US LLP
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000

Natalie K. Sanders, Bar No. 329916
natalie.sanders@ashurstperkins.com
ASHURST PERKINS COIE US LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067-6022
Telephone: +1.310.788.9900
Facsimile: +1.310.788.3399

Attorneys for Defendant Garza Food Ventures, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNA BAYER and JOSHUA MOKELU, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GARZA FOOD VENTURES, LLC d/b/a SIETE FAMILY FOODS,<br><br>Defendant. | Case No. 3:26-cv-08455-TLT<br><br>DEFENDANT GARZA FOOD VENTURES, LLC'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED<br><br>Judge: Hon. Trina L. Thompson |

Defendant Garza Food Ventures, LLC d/b/a Siete Foods ("Siete") submits this administrative motion, pursuant to Civil Local Rules 3-12(b) and 7-11(a), to consider whether *Bayer v. Garza Food Ventures, LLC*, Case No. 3:26-cv-08455 which was filed on August 14, 2026 in United States District Court for the Northern District of California, and is currently pending before the Honorable Trina L. Thompson, should be related to *Bachman v. Garza Food Ventures, LLC*, Case No. 3:26-cv-11341, filed in the Superior Court of California for the County of San Francisco on August 18, 2026, and removed to the United States District Court for the Northern District of California on October 2, 2026. *Bachman* is currently pending before the Honorable Sallie Kim. Siete brings this motion in *Bayer*, the lowest-numbered case, and will file a copy in *Bachman*, pursuant to Civil Local Rule 3-12(b).

Siete submits that these actions are related within the meaning of Civil Local Rule 3-12(a). Pursuant to L.R. 3-12(a), actions are related when (1) they "concern substantially the same parties, property, transaction or event"; and (2) "[i]t appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." Civ. L.R. 3-12(a).

*Bayer* involves the same defendant, Siete[1], and substantially similar transactions and events as *Bachman*. *See* Civ. L. R. 3-12(a)(1). Both actions arise out of allegations that the same products are mislabeled based on the same label claim. Specifically, the plaintiffs in both *Bachman* and *Bayer* contend that the label statement "Made With Avocado Oil" on Siete's chips is false because the products contain other oils. The plaintiffs in both cases seek to represent a putative class of consumer purchasers and allege violations of California consumer protection laws. Each action will accordingly require adjudication of substantially the same questions of law and fact.

Given the similarities, it "appears likely that there will be an unduly burdensome duplication of labor and expenses of conflicting results if the cases are conducted before different Judges." Civ. L.R. 3-12(a)(2).

[1] *Bachman* also names PepsiCo, Inc. as a defendant, Siete's parent company.

Pursuant to Civil Local Rules 7-11(a) and 7-12, a Stipulation and Proposed Order in Support of this administrative motion is being filed concurrently herewith.

For the foregoing reasons, Siete respectfully requests that the Court deem *Bayer* related to *Bachman*.

Dated: October 8, 2026

**ASHURST PERKINS COIE US LLP**

By: */s/ Charles C. Sipos*
Charles C. Sipos, Bar No. 348801
Natalie K. Sanders, Bar No. 329916

Attorneys for Defendant Garza Food Ventures, LLC